UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EL DEY BEY,

          Petitioner,

    v.

SUPERIOR COURT OF SOLANO COUNTY, et al.,

          Respondents.

Case No. 23-cv-02826-WHO (PR)

**ORDER OF DISMISSAL**

Petitioner El Dey Bey has filed a habeas petition under 28 U.S.C. § 2254 in which he challenges a child custody determination made by the Superior Court of Solano County. (Pet., Dkt. No. 1 at 7-9.)  This habeas action is DISMISSED because "federal habeas has never been available to challenge parental rights or child custody." *Lehman v. Lycoming County Children's Services Agency*, 458 U.S. 502, 511 (1982).  Furthermore, this Court is not the proper forum to challenge a state court decision by the Solano Superior Court.  A state court challenge should be filed in the appropriate state appellate court.  A federal non-habeas challenge, if one can be made, should be filed in the Eastern District, wherein the Solano Superior Court lies and where the events giving rise to this action occurred.

The filing fee has been paid.  (Dkt. No. 1.)

The Clerk shall enter judgment in favor of respondents, and close the file.

**IT IS SO ORDERED.**

**Dated:** June 14, 2023

_____
WILLIAM H. ORRICK
United States District Judge